**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Andrew Young,<br><br>        Petitioner<br><br>v.<br><br>Jeremy Bean, *et al.*,<br><br>        Respondents | Case No.: 2:25-cv-02007-APG-BNW<br><br>**Order Denying IFP Application and Instructing Petitioner to Pay Filing Fee**<br><br>[ECF Nos. 1, 3] |

*Pro se* Petitioner Andrew Young submitted a Petition for Writ of Habeas Corpus (ECF No. 1-1) under 28 U.S.C. § 2254 as well as Applications to Proceed *in forma pauperis* (ECF Nos. 1, 3). A $5.00 filing fee is required to initiate a habeas action in a federal district court. 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees. The court may authorize a person to begin an action without prepaying fees and costs if the person demonstrates indigency. 28 U.S.C. § 1915; LSR 1-1, 1-2.

The financial certificate shows Young is able to pay the $5 filing fee. ECF No. 3 at 4.) Thus, he does not qualify for a fee waiver. I therefore deny the IFP applications and give Young 45 days to pay the $5 filing fee.

I THEREFORE ORDER:

1. The initial screening of Petitioner Andrew Young's Petition for Writ of Habeas Corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases is deferred to until such time as he has fully complied with this order.

2. Petitioner's Applications to Proceed *In Forma Pauperis* (ECF Nos. 1, 3) are denied.

3. **Within 45 days of the date of this order**, Petitioner must pay the $5 filing fee.

4. Petitioner's failure to comply with this order within 45 days by paying the filing fee will result in the dismissal of this action without prejudice and without further advance notice.

DATED this 21st day of November, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE