# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANDREW YOUNG,

Petitioner,

v.

JEREMY BEAN, et al.,

Respondents.

Case No. 2:25-cv-02007-APG-BNW

**ORDER**

In this action, Respondents request a 30-day extension of time to file a response to Petitioner Andrew Young's Petition for a Writ of Habeas Corpus. ECF No. 10.  The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); LR IA 6-1.

I THEREFORE ORDER:

1. Respondents' Motion for Enlargement of Time to Respond to Pro Se Petition (First Request) **[ECF No. 10]** is **granted**.

2. Respondents have **through April 8, 2026**, to file a response to Andrew Young's Petition for a Writ of Habeas Corpus.

Dated: April 6, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE