**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANDREW YOUNG,

Petitioner,

v.

JEREMY BEAN, et al.,

Respondents.

Case No. 2:25-cv-02007-APG-BNW

**EXTENSION ORDER**

In this action, Petitioner Andrew Young filed a motion requesting a 90-day extension of time to file an amended Petition for a Writ of Habeas Corpus. ECF No. 26. I find the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b); D. Nev. R. LR IA 6-1.

I THEREFORE ORDER:

1. Petitioner's Motion for Enlargement of Time to File Amended Petition for Writ of Habeas Corpus (First Request) **[ECF No. 26]** is **granted**.
2. Petitioner has **through December 7, 2026**, to file an Amended Petition for a Writ of Habeas Corpus.

Dated: September 14, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE